Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AISHA E. BOWERS,
(WAC-07-002-51803 (I-130)),

          Petitioner,

          v.

ALBERTO R. GONZALES, U.S. Attorney General et al.,

          Respondents.

No. C07-01023-RSM

JOINT STIPULATION AND ORDER DISMISSING CASE

    The parties respectively stipulate to the dismissal without prejudice of all claims against all defendants, and without claim of either party to attorneys' fees or costs.

Dated this 23rd day of August, 2007.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| /s/ Thomas M. Woods<br>THOMAS M. WOODS<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>E-mail: thomas.woods2@usdoj.gov<br>Attorneys for Defendants | /s/ Bart Klein<br>BART KLEIN, WSBA #10909<br>Law Offices of Bart Klein<br>605 First Avenue, Suite 500<br>Seattle, WA 98104<br>Phone: 206-624-3787<br>Fax: 206-624-6371<br>Email: bklein@bartklein.com<br>Attorneys for Plaintiff |

JOINT STIPULATION DISMISSING CASE - 1
C07-01023-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# ORDER

The parties having so stipulated, the above is **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _28_ day of _August_, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas M. Woods
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: thomas.woods2@usdoj.gov
Attorneys for Defendants


/s/ Bart Klein
BART KLEIN, WSBA #10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, WA 98104
Phone: 206-624-3787
Fax: 206-624-6371
Email: bklein@bartklein.com
Attorneys for Plaintiff

JOINT STIPULATION DISMISSING CASE - 2
C07-01023-RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970